# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE GARRETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　Defendant. | OLD CASE: 1:22-CV-01303 JLT EPG<br><br>NEW CASE: 1:22-CV-01303 EPG<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE |

　　IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge ERICA P. GROSJEAN as Presiding Judge of the above entitled action. The parties have filed a Consent to Proceed before the assigned Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment.

## ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

## 1:22-CV-01303 EPG

IT IS SO ORDERED.

　Dated:　__February 28, 2023__　　　　　　　　　_Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1