1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE GARRETT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK, a California Corporation and DOES 1 to 20,<br><br>　　　　　Defendants. | Case No. 1:22-cv-01303-JLT-EPG<br><br>STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS AND ORDER<br><br><br>(ECF No. 19) |

1

1     WHEREAS,

2     On March 7, 2024, the Parties filed the Notice of Settlement [Doc 17];

3     On March 8, 2024, the Court issued a Minute Order requiring dispositional documents to
4 be filed on or before May 10, 2024 [Doc 18];

5     There is a Medi-Cal lien on plaintiff's recovery and plaintiff's counsel is in the process of
6 negotiating the Medi-Cal lien, and the parties have agreed that the Medi-Cal lien will need to be
7 satisfied from the settlement sum before the stipulation for dismissal is filed;

8     The Parties respectfully request an additional 45-60 days to file the dispositional
9 documents to afford sufficient time for plaintiff's counsel to negotiate the Medi-Cal lien and then
10 satisfy it from the settlement sum before the dispositional documents are filed;

11     NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Plaintiff
12 MARIE GARRETT and Defendant NATIONAL RAILROAD PASSENGER CORPORATION
13 dba AMTRAK to request that the Court extend the deadline for the filing of dispositional
14 documents from May 10, 2024 to July 10, 2024.

15

16 Dated: May 9, 2024                     VICTORY LAW GROUP, LLP

17

18                                         By:  */s/ Rastin Ashtiani*
19                                              RASTIN C. ASHTIANI
                                             Attorneys for Plaintiff
20                                              MARIE GARRETT

21 Dated: May 9, 2024                     CASTILLO, MORIARTY, TRAN &
                                             ROBINSON, LLP
22

23
                                        By:  */s/ Alexei Offill-Klein*
24                                              VINCENT CASTILLO
                                             ALEXEI N. OFFILL-KLEIN
25                                              Attorneys for Defendant NATIONAL
                                             RAILROAD PASSENGER CORPORATION
26                                              dba AMTRAK

27

28

## **ORDER**

Upon review, the parties' stipulation to extend the deadline to file dispositional documents (ECF No. 19) is granted. The deadline for the parties to file the dispositional documents shall be extended from May 10, 2024, to July 10, 2024.

IT IS SO ORDERED.

Dated:   **May 13, 2024**                                          /s/ Erica P. Grosjean
                                                                                    UNITED STATES MAGISTRATE JUDGE